UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IRMA LINDA JACKSON,
individually and as representative of
all other persons similarly situated,

    Plaintiff,

v.

TICKETMASTER, a corporation;
TICKETMASTER, LLC, a limited
Liability Company,

    Defendants.

Case No.: 2:08-CV-762-GPS (PLAx)



RECEIVED BUT NOT FILED
JUN 18 2008
3:35
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PLAINTIFFS' VOLUNTARY DISMISSAL

The Plaintiff hereby moves to dismiss her cause of action and all claims brought on behalf of the putative class pursuant to Rule 41(a)(2), F.R.Civ.P without prejudice. Pursuant to Rule 41(a)(2) Plaintiff's claims may be dismissed without prejudice by order of this Court.

This putative class action was filed on October 18, 2007, in the Northern District of Alabama (2:07-cv-1894). This case was transferred to this District Court on January 14, 2008 at the defendants' request. This case involves claims that the defendants violated provisions of the Fair and Accurate Credit Transactions Act ("FACTA"). The Court has not entered any scheduling order nor have any hearings or conferences of any manner occurred in this action.

On June 3, 2008, President Bush signed H.R. 4008 into law amending certain provisions of FACTA. The H.R. 4008 amendment changes the application of FACTA and the claims brought against the defendants in this case. Prior to H.R.

4008, Plaintiffs' claims squarely fit into the statutory provisions of FACTA and in fact the defendants answered the complaint in this case.

The class asserted in this case has not been certified. No motion for certification has been filed. There has been no adjudication or ruling on any asserted claims by this Court and no discovery has been conducted. Therefore, the provisions of Rule 23(e) *F.R.Civ.P.* (as referenced by Rule 41(a)(2)) do not apply. The defendants will suffer no prejudice or harm by a dismissal without prejudice. Potentially, the Plaintiff and putative class members could be prejudiced by a dismissal with prejudice since additional and potentially unknown claims may exist within the putative class, but unknown due to the posture of the case. The landscape of this litigation has changed, but only due to the passage of H.R. 4008, well after the Plaintiff filed the lawsuit.

WHEREFORE, Plaintiff hereby moves this Court to dismiss her claims and those asserted on behalf of the putative class without prejudice, each party to bear its own attorney's fees and costs.

/s Joseph H. "Jay" Aughtman (pro hac vice)
Joseph H. "Jay" Aughtman (*pro hac vice*)
ASB-8081-A43J

OF COUNSEL:
Beasley Allen Crow Methvin
   Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36104
334-269-2343
334-269-2371 fax
Email: jay.aughtman@beasleyallen.com

2

Paul Cook
Waters Kraus, LLP
222 North Sepulveda Blvd.
El Segundo, CA  90245
310-414-8146
pcook@waterskraus.com

## CERTICATE OF SERVICE

I herby certify that on the 18th day of June, 2008, a copy of the foregoing has been served by electronic means through the Court's ECF System to:

Robert H. Platt
Joseph E. Laska
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064

/s Joseph H. "Jay" Aughtman
Of Counsel

4